# In the United States Court of Appeals for the Eighth Circuit

JAMES HESS,
*Plaintiff-Appellant,*

v.

UNION PACIFIC RAILROAD CO.,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Nebraska
Case No. 8:23-cv-00205-RFR-CRZ (The Hon. Richard F. Rossiter, Jr.)

## PLAINTIFF-APPELLANT'S BILL OF COSTS

JAMES H. KASTER
LUCAS J. KASTER
NICHOLS KASTER, PLLP
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 256-3200
*kaster@nka.com*
*lkaster@nka.com*

MATTHEW W.H. WESSLER
GUPTA WESSLER LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
*matt@guptawessler.com*

JESSICA E. GARLAND
GUPTA WESSLER LLP
505 Montgomery Street
Suite 625
San Francisco, CA 94111
(415) 573-0336

June 26, 2025

*Counsel for Plaintiff-Appellant*

# BILL OF COSTS

Plaintiff-Appellant James Hess respectfully submits this bill of costs pursuant to Federal Rule of Appellate Procedure 39 and Local Rule 39A. Below are the costs that were reasonably and necessarily incurred in these appeals:

| | No. of original pages | Total documents reproduced (as allowed by L.R. 39A) | Total No. of copies | Reproduction costs (allowable per page) | Binding costs | Cover costs | Total costs requested |
|---|---|---|---|---|---|---|---|
| Appellant's opening brief | 69 | 12 | 828 | 0.15 | $24 | $24 | $172.20 |
| Appellant's appendix | 620 | 5 (2 vol.) | 3,100 | 0.15 | $20 | $20 | $505 |
| Appellant's reply brief | 32 | 12 | 384 | 0.15 | $24 | $24 | $105.60 |
| Total | | | | | | | $782.80 |

Hess attaches as exhibits invoices for the reproduction costs of the briefs. Nichols Kaster, PLLP respectfully requests said costs of $782.80 be taxed and included in the mandate from the judgment of this Court's June 12, 2025 decision.

Respectfully submitted,

*/s/ James H. Kaster*
NICHOLS KASTER, PLLP
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 256-3200
*kaster@nka.com*

June 26, 2025                    *Counsel for Plaintiff-Appellant*

**CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing bill of costs complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B), in that it contains 136 words. The brief was created and formatted using Microsoft Word Version 2505 and is in 14-point, Baskerville font. The bill of costs has been scanned for viruses, and it is virus-free.

*/s/ James H. Kaster*
James H. Kaster

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2025, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the Eighth Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ James H. Kaster*
James H. Kaster

# INVOICE

**Becker Gallagher Legal Publishing, Inc.**

8790 Governors Hill Drive
Suite 102
Cincinnati, OH 45249
(513) 677-5044

PAID 04/18/2024

| | |
|---|---|
| Invoice No | 8-24008 |
| Date | 4/17/2024 |
| Terms | Due On Receipt |

Bill To

Gupta Wessler PLLC
Matthew W.H.Wessler
2001 K Street, NW, Suite 850 North
Washington, DC  20006

**U.S. COURT OF APPEALS - 8th Circuit**

24-1211, James Hess v. Union Pacific Railroad Co., APLT, APX

| Quantity | Description | Rate | Amount |
|---:|---|---:|---:|
| | Appellant Brief, base fee, print-ready file | 250.00 | 250.00 |
| 897 | Pages of Brief (69 pp. x 13 = 897) | 0.20 | 179.40 |
| 13 | Brief, binding per book (Perfect) | 5.00 | 65.00 |
| | Appendix, base fee, print-ready file | 250.00 | 250.00 |
| 3,100 | Pages of Appendix (620 pp. x 5 = 3100) | 0.20 | 620.00 |
| 10 | Appendix, binding per book (Perfect) 10 books, 2 vol. | 5.00 | 50.00 |
| | Handling & certificates ($50/Court; $10/party) | 70.00 | 70.00 |
| | Postage for filing/service (FedEx, 2day) | 214.45 | 214.45 |
| | Abbe Murphy abbe@guptawessler.com | | |
| | cc on file | | |

| | |
|---:|---:|
| **Total Amount Due** | **$1,698.85** |

# Invoice

Invoice Number: 0009163910

Date: 07/03/2024

**Counsel Press Inc.**

PO Box 65019
Baltimore, Maryland 21264-5019

Fed. Tax ID: 47-3380949

Phone: (800) 427-7325

Terms: ON RECEIPT

## Sold To

Gupta Wessler PLLC
2001 K Street, N.W.
North Toweeer, Suite 850
Washington, DC 20006   USA

Attention:  Blaire Palmer, Esq.

File No.: 130164
Court: USCOA - 8TH
Case Name: Hess v. Union Pacific

| | | | | Amount |
|---|---|---|---|---|
| | REPLY BRIEF | | | |
| 1.00 | Preparation of Brief | @ | $250.00 | $250.00 |
| 416.00 | Page(s) - (13 sets x 32 pages) | @ | $0.20 | $83.20 |
| 13.00 | Volumes Bound | @ | $5.00 | $65.00 |
| 1.00 | Filing & (1) Service(s) | @ | $60.00 | $60.00 |
| 1.00 | Shipping & Handling | @ | $270.00 | $270.00 |

**01-DM**

07/03/2024 17:35 PM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $728.20 |
| Sales Tax | $43.69 |
| | $0.00 |
| Payment/Credit | $0.00 |
| Balance | $771.89 |

Page 1 of 1